13938

LILIENTHAL v. SOUTH CAROLINA PUBLIC SERVICE CO. AND SIX OTHER CASES

(177 S. E., 98)

178

181

*Messrs. Shimel & Rittenberg,* for appellants,

*Messrs. Hagood, Rivers & Young,* for respondent, 

November 7, 1934.

The opinion of the Court was delivered by MR. JUSTICE STABLER.

For the reasons stated by his Honor, Judge Sease, in his order, which will be reported, the judgment of the Circuit Court is affirmed.

MESSRS. JUSTICES CARTER and BONHAM concur.

MR. ACTING ASSOCIATE JUSTICE C. T. GRAYDON did not participate.